UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JENNIFER K. GOLDMAN,
an individual,



Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,
a foreign corporation,

**13 CV 3143**

Defendant.
------------------------------------x

*JUDGE SEIBEL*

## COMPLAINT AND DEMAND FOR JURY TRIAL

### INTRODUCTION

1. This is an action for damages pursuant to 15 U.S.C. §1692 *et seq.* (the "FDCPA"). The FDCPA broadly prohibits unfair or unconscionable debt collection methods; conduct which harasses, oppresses or abuses any debtor and any false, deceptive or misleading statements, in connection with the collection of a debt. In the instant matter, Defendant's acts in connection with collection of the alleged underlying debt failed to comply with one or more of the mandated requirements of the aforesaid federal statute.

### JURISDICTION AND VENUE

2. This court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337 and 15 U.S.C. § 1692.

3. Venue and personal jurisdiction over the parties arises in this district because the events or omissions giving rise to the claim occurred here, and the Defendant transacts business here.

## THE PARTIES

4. Plaintiff, JENNIFER K. GOLDMAN, is a natural person who resides in the hamlet of Monsey, in Rockland County, New York.

5. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3).

6. Defendant, NCO FINANCIAL SYSTEMS, INC., is a Pennsylvania corporation whose principal office is located at 507 Prudential Road, Horsham, PA 19044 and whose registered agent for service of process in the State of New York is CT CORPORATION SYSTEM, 111 Eighth Ave., New York, NY 10011.

7. Defendant is a collection agency licensed by the New York City Department of Consumer Affairs, and a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

## FACTS

8. On or about May 18, 2012, Defendant sent or caused to be sent through the mails a debt collection letter addressed to Plaintiff at her residence in Monsey, New York. Plaintiff received the letter a reasonable time thereafter. Defendant's May 18, 2012 letter is attached hereto as **Exhibit A**.

9. According to its debt collection letter, Defendant sought to collect from Plaintiff a debt asserted to be owed or due another - namely, ORANGE AND ROCKLAND UTILITIES.

10. The debt at issue arose from transactions the subject of which was primarily for personal, family, or household purposes - a debt within the meaning of 15 U.S.C. § 1692a(5).

11. Defendant's debt collection letter included a statement informing Plaintiff that if she notified the Defendant in writing within 30 days of receipt of the letter that she disputed the validity of the debt or any portion thereof, Defendant would obtain verification of the debt or a copy of a judgment and mail her a copy of such judgment or verification.

12. On May 29, 2012, Plaintiff, consistent with the foregoing notice, sent and Defendant received, a timely written notification to Defendant, informing Defendant that she disputed the validity of the debt. Plaintiff's May 29, 2012 letter is attached hereto as **Exhibit B.**

13. Despite having received Plaintiff's notification of dispute on May 29, 2012, Defendant, on June 18, 2012, sent Plaintiff yet another letter seeking to collect the alleged ORANGE AND ROCKLAND UTILITIES debt. Defendant's June 18, 2012 letter is attached hereto as **Exhibit C**.

14. The letter of June 18, 2012 is a "communication," subsequent to Defendant's "initial communication" letter of May 18, 2012. 15 U.S.C. § 1692a(2).

15. Defendant's letter of June 18, 2012 did not contain verification of the debt, nor did it contain a copy of a judgment. Instead, the letter informed Plaintiff, *inter alia*, that she could contact Defendant "at our toll free number, or by mail," **to resolve the account**.

16. Defendant's letter of June 18, 2012, despite the fact that it did not contain verification of the debt, nor a copy of a judgment, also instructed Plaintiff that she could go to Defendant's website www.ncofinancial.com **to make a payment**.

17. Finally, Defendant's letter of June 18, 2012, despite the fact that it did not contain verification of the debt, nor a copy of a judgment, also advised Plaintiff, **"This is an attempt to collect a debt."**

18. Defendant's collection letter of June 18, 2012 was the first communication sent to Plaintiff by Defendant subsequent to her timely dispute of May 29, 2012.

19. The FDCPA states:

> "If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the

original creditor, **the debt collector shall cease collection of the debt**, or any disputed portion thereof, **until the debt collector obtains verification of the debt or any copy of a judgment**, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector." (emphasis added)

15 U.S.C. § 1692g(b)

20. A debt collector, in communications subsequent to the initial communication, is required to inform the consumer that the communication is from a debt collector. 15 U.S.C. §1692e(11).

21. A debt collector, in communications subsequent to the initial communication is **not** required to inform the consumer that **"this is an attempt to collect a debt."**

22. The FDCPA is a strict liability statute, and a single violation is sufficient to establish liability. *Woods v. Sieger, Ross & Aguire, LLC*, No. 11-Civ-5698 (S.D.N.Y., May 18, 2012).

23. Any potential bona fide error defense which relies upon Defendants' mistaken interpretation of the legal duties imposed upon them by the FDCPA must fail as a matter of law. *Jerman v. Carlisle, McNellie, Rini, Kramer & Ulrich, L.P.A.*, 130 S.Ct. 1605 (2010).

## COUNT I

## VIOLATIONS OF THE FDCPA

24. The allegations of paragraphs 1 through 23 are incorporated herein by reference.

25. By instructing Plaintiff after a timely dispute and prior to providing verification of the debt that she can go to Defendant's website www.ncofinancial.com **to make a payment,** Defendant failed to cease collection of the debt as required by §1692g(b).

26. By suggesting to Plaintiff after a timely dispute and prior to providing verification of the debt that she contact the Defendant at their toll free number or by mail **"to resolve the account,"** Defendant failed to cease collection of the debt as required by § 1692g(b).

27. By informing the Plaintiff in its letter of May 10, 2012 that **"this is an attempt to collect a debt,"** Defendant's own objective representation unequivocally conveyed to the Plaintiff that despite failing to provide verification or a copy of a judgment, Defendant's letter of June 18, 2012 was an attempt to collect a debt.

28. Defendant's letter of June 18, 2012 violates 15 U.S.C. § 1692g(b) in that it constitutes continued collection activity after a timely dispute, and prior to the mailing of verification or copy of a judgment.

29. 15 U.S.C. § 1692k(a) provides that a debt collector who fails to comply with any provision of the FDCPA with respect to any person is liable to such person for up $1000 in statutory damages, the costs of the action, together with a reasonable attorney's fee as determined by the court.

**WHEREFORE,** Plaintiff request that this Court enter judgment in favor of the Plaintiff and against Defendant for:

    a. Statutory damages pursuant to 15 U.S.C. § 1692k ;

    b. Attorney's fees and costs of bringing this action;

    c. Such other or further relief as the Court deems proper.

**KLEINMAN LLC**

_____
Abraham Kleinman (AK-6300)
626 RXR Plaza
Uniondale, New York 11556-0626
Telephone    (516) 522-2621
Facsimile    (888) 522-1692
E-mail:      akleinman@kleinmanllc.com

## JURY DEMAND

Plaintiff hereby demands trial by jury.

_____
Abraham Kleinman (AK-6300)

**EXHIBIT A**

PO BOX 15630
DEPT 99
WILMINGTON DE 19850

|||||||||||||||||||||||||||||||||||||||||||||||||||||

Calls to or from this company may be monitored
or recorded for quality assurance.

# NCO FINANCIAL SYSTEMS, INC.

507 Prudential Road, Horsham, PA 19044

888-871-6484
OFFICE HOURS(ET):
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
May 18, 2012

CREDITOR: ORANGE AND ROCKLAND UTILITIES
CREDITOR'S ACCOUNT #: 8644450053
REGARDING: 162 GRANDVIEW AVE
CURRENT BALANCE DUE: $613.98

4H7WRJ
JENNIFER K GOLDMAN
230 KEARSING PKWY APT D
MONSEY NY 10952-7210

Your Account May Be Credit Reported!

Our records indicate that your balance of $613.98 is due in full. It is our intention to work with you to resolve this collection account. However, subject to your dispute and validation rights provided below, if you fail to resolve this collection account, we may report the account to all national credit bureaus

Returned checks may be subject to the maximum fees allowed by your state.

To assure proper credit, please put our internal account number 4H7WRJ on your check or money order.

**You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is 14H7WRJ9-9CBUBV1.** To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

THIS COLLECTION AGENCY IS LICENSED BY THE
DEPARTMENT OF CONSUMER AFFAIRS OF THE CITY OF NEW
YORK; LICENSE#0907469
CONTACT ALEX DREW AT NCO FINANCIAL SYSTEMS, INC.

| Our Account # | Current Balance Due |
|---|---|
| 4H7WRJ | $613.98 |

JENNIFER K GOLDMAN

Payment Amount

$

Check here if your address or phone number has
changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15740
WILMINGTON, DE 19850-5740

NCOP 1
128

0099 0007454A4941 1 00061398 1 0073 2

**EXHIBIT B**

Jennifer Goldman
230 Kearsing Pkwy
Monsey, NY 10952

**SENT VIA FACSIMILE TO 704-523-2144**
NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

May 29, 2012

Re: Orange and Rockland Utilities
    Creditors Account No.: 8644450053
    NCO Financial Systems, Inc. Account No.: 4H7WRJ

Dear Sir or Madam:

1. Enclosed please find your collection letter dated May 18, 2012

2. Please be advised that I dispute all portions of this Orange and Rockland Utilities debt.

3. Please send me verification of this disputed Orange and Rockland Utilities debt.

4. Please send me the name of the creditor.

5. Please send me the address of the creditor.

Sincerely,

Jennifer Goldman

**EXHIBIT C**

PO BOX 15650
DEPT 99
WILMINGTON DE 19850

**NCO FINANCIAL SYSTEMS, INC.**

507 Prudential Road, Horsham, PA 19044

888-871-6484
OFFICE HOURS(ET):
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Jun 18, 2012

Calls to or from this company may be monitored or recorded for quality assurance.

4H7WRJ
JENNIFER K GOLDMAN
230 KEARSING PKWY APT D
MONSEY NY  10952-7210

| Creditor | Creditor's Acct # | CurBalDue |
|---|---|---|
| ORANGE AND ROCKLAND UTILI | 8644450053 | 613.98 |

If you have applied for a loan, new job, credit card, insurance or an apartment, your credit bureau report may be reviewed. Now is the time to improve your credit report.

If you contact us at our toll free number, or by mail, we can assist you in resolving the account(s).

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is 14H7WRJ9-9CBUBV1. To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

THIS COLLECTION AGENCY IS LICENSED BY THE DEPARTMENT OF CONSUMER AFFAIRS OF THE CITY OF NEW YORK; LICENSE#0907469
CONTACT ALEX DREW AT NCO FINANCIAL SYSTEMS, INC.

| Our Account # | Current Balance Due |
|---|---|
| 4H7WRJ | $ 613.98 |

JENNIFER K GOLDMAN

Payment Amount ↓

$

Check here if your address or phone number has changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15740
WILMINGTON, DE 19850-5740

NCOP 15
75

0099  000745484941 0  00061398 1  0004  7